# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SANDHU FARM INC., a Washington corporation; JAGMOHAN S. SANDHU and KARMJIT K. SANDHU, husband and wife; INDERJIT SANDHU and CHARMJIT SANDHU, husband and wife; and SHAMSHER S. SANDHU and DHARMVIR K. SANDHU, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>FERROSAFE, LLC, an Arizona limited liability company registered to do business in Washington; and BNSF RAILWAY COMPANY, a Delaware corporation registered to do business in Washington,<br><br>Defendants. | Case No.:  21-cv-01580<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that Defendant Ferrosafe, LLC ("Ferrosafe") hereby removes to this Court the State Court Action described below and, in support of this Notice, shows the Court as follows:

1.  <u>Intradistrict Assignment</u>: This matter is being removed to Western District at Seattle per LCR 3(e)(1) and Plaintiffs' Complaint because at least one Plaintiff is a resident of

NOTICE OF REMOVAL - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

Skagit County, and the incident giving rise to Plaintiffs' claim of injury took place in Skagit County.

2. <u>State Court Action</u>: Ferrosafe is a defendant in a civil action filed in the Superior Court of Washington, in and for Skagit County, captioned, *Sandhu Farm Inc. et al. v. Ferrosafe, LLC, et al.*, Cause No. 21-2-00607-29 (the "State Court Action").

3. <u>Commencement of State Court Action</u>: On or about October 15, 2021, Plaintiffs filed their Complaint in the Skagit County Superior Court. An Amended Complaint was filed on November 22, 2021. A copy of the Amended Complaint is filed contemporaneously with this notice, pursuant to LCR 101. This Notice of Removal is timely, in that it is being filed within 30 days of the dates on which Ferrosafe was served with the Complaint, October 25, 2021. To date, Ferrosafe has only filed its Notice of Appearance in the State Court Action.

4. <u>Diversity of Citizenship is Basis for Federal Court Jurisdiction</u>: This dispute between Plaintiffs and Defendants is a controversy between citizens of different states and nations, as set forth below:

   a. Plaintiff Sandhu Farms, Inc. is a Washington Corporation with its principal place of business in Bow, Washington.

   b. Plaintiffs Jagmohan S. Sandhu, Karmjit K. Sandhu, Inderjit Sandhu, Charmjit Sandhu, Shamsher S. Sandhu, Dharmvir K. Sandhu are each citizens of British Columbia, Canada.

   c. Defendant Ferrosafe is, and at all material times has been, a corporation organized and existing under the laws of the State of Arizona, with a principal place of business in Auburn, Alabama.

   d. Defendant BNSF Railway Company ("BNSF") is, and at all material times has been, a corporation organized and existing under the laws of the State of Delaware, with a principal place of business in Fort Worth, Texas.

NOTICE OF REMOVAL - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

5. <u>Nature and Description of Case</u>: The above-entitled action is a civil action arising under Washington law, seeking damages for a claim of injury to property, trespass, nuisance, breach of contract, and seeking a permanent injunction over railroad operations.

6. <u>Amount in Controversy</u>: The amount in controversy is not expressly set forth in Plaintiffs' Amended Complaint. However, Plaintiffs' claims for damages include damages for "lost production value of the injured blueberry plants, and non-economic damages, including, but not limited to, emotional distress damages, and further entitled to have all such damages trebled based upon the willful acts of Ferrosafe, all of which were not casual or involuntary," in addition to attorney's costs and fees. Plaintiffs are claiming damage to their crops over the course of multiple years, and seeking treble damages of the same. Pursuant to LCR 101, Ferrosafe has a good faith belief that the Plaintiffs are seeking damages in excess of the jurisdictional threshold amount of $75,000.00.

7. <u>Applicable Statutes</u>: This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and the action is removable pursuant to 28 U.S.C. § 1441(b).

8. <u>Joinder by All Defendants</u>: Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants who have been properly joined and served hereby join in or consent to the removal of the action. Pursuant to 28 U.S.C. § 1441(b)(1), in determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded.

9. <u>Concurrent Notice to State Court</u>: Ferrosafe is concurrently filing a copy of this Notice of Removal with the Clerk of the Skagit County Superior Court, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Ferrosafe prays that this action be removed to the United States District Court for the Western District of Washington in Seattle.

NOTICE OF REMOVAL - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

DATED: November 23, 2021.

                                                COZEN O'CONNOR

*/s/ J.C. Ditzler*
J.C. Ditzler, WSBA No. 19209
999 Third Avenue, Suite 1900
Seattle, Washington 98104
jditzler@cozen.com

*/s/ Robert D. Lee*
Robert D. Lee, WSBA No. 46682
999 Third Avenue, Suite 1900
Seattle, Washington 98104
rlee@cozen.com

NOTICE OF REMOVAL - 4

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mark J. Lee, WSBA #19339<br>Haylee J. Hurst, WSBA #51406<br>Elizabeth Slattery, WSBA #56349<br>Wolf & Lee, LP<br>230 E. Champion St.<br>Bellingham, WA 98225<br>P:  (360) 676-0306<br>mark@bellinghamlegal.com<br>haylee@bellinghamlegal.com<br>elizabeth@bellinghamlegal.com<br>*Attorneys for Plaintiffs* | Michael Chait, WSBA #48842<br>Montgomery Scarp & Chait PLLC<br>17600 Vashon Hwy. Suite 105<br>P.O. Box 1977<br>Vashon, WA 98070<br>P:  (206) 625-1801<br>mike@montgomeryscarp.com<br>*Attorney for BNSF Railway Company.* |

DATED: November 23, 2021.

*/s/ Jan Young*
Jan Young, Legal Assistant

NOTICE OF REMOVAL - 5

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000