UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDHU FARM INC., *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br>FERROSAFE LLC, *et al.*,<br><br>            Defendants. | Case No. C21-1580-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On November 15, 2023, Plaintiffs and Defendants filed motions in limine. (Dkt. ## 53-54.) Defendants' motions in limine brief fails to certify their word count in the signature block as required pursuant to Local Civil Rule ("LCR") 7(e)(6). Accordingly, Defendants' motion (dkt. # 54) is STRICKEN and Defendants are ORDERED to refile their brief in compliance with LCR 7(e) by **November 17, 2023**. Defendants may only remove material from their brief to comply with word limits and *may not add any new issues or arguments*. Given this limitation, and in order to maintain the trial schedule set by the Court, responses to motions in limine are due by **December 5, 2023**.

MINUTE ORDER - 1

Dated this 16th day of November, 2023.

Ravi Subramanian  
Clerk of Court

By: Tim Farrell  
Deputy Clerk

MINUTE ORDER - 2